UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Frank Lopez,

                Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Mr. Lopez's bail application sent by email on May 18, 2020.

The Government shall respond to Mr. Lopez's application by Wednesday, May 20, 2020.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge