USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Frank Lopez,

              Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's opposition to Mr. Lopez's bail application sent by email on May 20, 2020. Mr. Lopez shall submit a reply by May 22, 2020.

    SO ORDERED.

Dated: May 21, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge