```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Frank Lopez,

                Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Defendant's request to extend the deadline to file his reply in further support of his bail application from May 22, 2020 to May 24, 2020. This request is hereby granted.

      SO ORDERED.

Dated: May 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge