UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| –v– | 20-cr-84 (AJN) |
| Frank Lopez, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

On January 13, 2021, the Court received via regular mail a letter from Defendant Frank Lopez dated December 16, 2020. A copy of Mr. Lopez's letter has been forwarded to his counsel, and the letter has been filed under seal. By January 28, 2021, defense counsel shall confirm to the Court that they have been in contact with Mr. Lopez and shall indicate whether counsel wishes to make any application to the Court on Mr. Lopez's behalf.

SO ORDERED.

Dated: January 14, 2021
      New York, New York

                                  ALISON J. NATHAN
                              United States District Judge