UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Frank Lopez,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On January 25, 2023, judgment against Defendant Frank Lopez was entered. Dkt. No. 198. The judgment includes the following special condition of supervision, consistent with the recommendations in the PSR: "You must not incur new credit charges or open additional lines of credit without the approval of the probation officers unless you are in compliance with the installment payment schedule." *Id.* at 5. However, at Mr. Lopez's sentencing, defense counsel raised an objection to the imposition of this condition, which the Court sustained without objection from the government. Sentencing Tr. 36.[1] In light of that, by no later than **February 28, 2023**, Mr. Lopez shall file a letter advising whether he seeks entry of an amended judgment to reflect the striking of that condition.

SO ORDERED.

Dated: February 14, 2023
New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

---

[1] This document is currently sealed and does not appear on the docket.