USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/23

# CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22  
NEW YORK, NEW YORK 10016  
carla@carlasandersonlaw.com

T 646.499.3818  
F 646.499.3814  
carlasandersonlaw.com

February 15, 2023

<u>Via ECF</u>  
The Honorable Alison J. Nathan  
United States Circuit Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

             Re:    *United States v. Frank Lopez*  
                    20-Cr-84-AJN

Dear Judge Nathan,

      We write pursuant to the Court's February 14, 2023 Order to inform the Court that defense counsel seeks an amended judgment striking the condition of supervision prohibiting Frank Lopez from incurring new credit charges or opening additional lines of credit without the approval of probation officers. At Mr. Lopez's sentencing defense counsel objected to this condition and the Court sustained the objection without objection from the government. In addition, the government has informed defense counsel that it consents to the amendment of the judgment. We therefore respectfully request that the Court strike the above-described condition from the judgment. We thank the Court for its time and consideration.

                                                   Respectfully submitted,

                                                   /s  
                                                   _____  
                                                   Carla Sanderson  
                                                   Elizabeth Macedonio  
                                                   Louis Freeman

---

Application GRANTED. An amended judgment will be entered consistent with the striking of the relevant condition of supervision. The Clerk of Court is respectfully directed to terminate Dkt. No. 200.

SO ORDERED.

*[signature: Alison J. Nathan]*

February 16, 2023